THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOE N. SMITH, Appellant. [925 NYS2d 364]—Appeal from a judgment of the Erie County Court (Michael L. D'Amico, J.), rendered August 6, 2009. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Smith, Carni, Sconiers and Green, JJ.

In the Matter of JOHN FANNING, Appellant, v ALISA FANARA, Respondent. [925 NYS2d 364]—Appeal from an order of the Family Court, Monroe County (Maija C. Dixon, A.J.), entered February 2, 2010 in a proceeding pursuant to Family Court Act article 6. The order, inter alia, awarded petitioner visitation on a schedule mutually agreed to by the parties.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Smith, Carni, Sconiers and Green, JJ.